IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JERALD ABLES, *et al.*,

        Plaintiffs,                    Case No.: 3:18-cv-181

vs.

SAFECO INSURANCE COMPANY        Magistrate Judge Michael J. Newman
OF ILLINOIS,                                 (Consent Case)

        Defendant.

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court, having been advised by counsel for the parties that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement, if necessary.

    **IT IS SO ORDERED.**

Date:  6/3/2020                                s/ Michael J. Newman
                                                            Michael J. Newman
                                                            United States Magistrate Judge